Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**FILED**

JAN 2 1 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

___9th___ District of _California_

___Southern___ Division

'22CV0101 BTM NLS

|  |  |
|---|---|
| ___Joseph Morand___ <br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> **-v-** <br><br> ___United States___ <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. ~~_____~~ <br> *(to be filled in by the Clerk's Office)* |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    Joseph Morand

All other names by which

you have been known:

ID Number    919980298

Current Institution    Otay Mesa Detention Center

Address    P.O. Box 439049

San Diego          CA        92143

_City_          _State_          _Zip Code_

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (*if known*) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name    Core Civic

Job or Title (*if known*)

Shield Number

Employer

Address

_City_          _State_          _Zip Code_

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

Name    United States

Job or Title (*if known*)

Shield Number

Employer

Address

_City_          _State_          _Zip Code_

☐ Individual capacity    ☑ Official capacity

Defendant No. 3

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

| City | State | Zip Code |
|------|-------|----------|

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

| City | State | Zip Code |
|------|-------|----------|

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Medical Negligence and Medical Malpractice*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Being refused for surgery at every level*

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☑ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*N/A*

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*Otay Mesa Detention Center, May 2020*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

May 2020, April 2020

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Around march 2020 I feel in H.Pod in quarantine because the floor was wet with no wet floor sign posted. This is when all this started, back in May 2020 I went to the medical department and complained that my hip was in pain and have difficult time walking, I was sent to a specialist in April 2020 and was told that I was going to need a hip replacement surgery. I have been trying to get into surgery since then but both the medical department and CoreCivic staff has stated "they wont [cant] do anything. I have sent many grievance in on tablets and paper copy but have not got any relief.

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Since May 2020 I have been requesting surgury on my hip. I have seen a outside specialist and was told by them that it was needed. I have sent many different request in to get the surgury, but have been giving the run-around. The medical department has said the marshalls wont approve it, then the marshall's have said they have never got any request, I can not stand with a cane anymore, I am in a wheelchair everyday, my leg is turning purple as it is. I can not sleep because of the pain & suffering that I am going through

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I am asking the court to help force someone on some kind of level to get me the hip replacement surgury I need. The amount of pain & suffering that I have been put through and the amount of money that doctors bills are going to be are going to be more then I can even afford. So I am requesting $500,000 in actual damages and $500,000 for pain & suffering so a total of $1,000,000. With the total amount of doctor's bills that I am going to hae to pay wont even be close to what I am needing out of this.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Otay Mesa Detention Center

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Medical Malpractice and Negligence

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance? On paper and on the tablet that is available to the inmates

2.    What did you claim in your grievance?

That I am not getting the medical care or attention I am needing

3.    What was the result, if any?

None - Ignored (medical Department says "marshalls wont approve it. Marshalls have said they have approved it"

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)
I have talked to the marshall representative Mrs. Crutchfield and she has said she would look into it but that has been months ago. Medical Department has ignored me and has said thier is nothing they can or will do.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

_____N/A_____

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: Mrs Crutchfield - has never got back to me. Mr. Soto (Asst. Worden) - said he would look into it, but have been ignored. Mrs. Ayers - said she would talk to Crutchfield but never got any answer. I have talked to every level of staff member that I can and have not got any relief.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I have mailed in the copies of grievance and complaint in my first order and can not get copies of the request that I have sent on the tablet.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?



☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s) ___Joseph Morond___
    Defendant(s) ___Core Civic___

2.  Court *(if federal court, name the district; if state court, name the county and State)*
    ___9th District of California___

3.  Docket or index number
    ___8r-CV-1742 TWR (msB)___

4.  Name of Judge assigned to your case
    ___Todd Robinson___

5.  Approximate date of filing lawsuit
    ___October 6, 2021___

6.  Is the case still pending?

    ☑ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    ___Have to file the First Amendment Complaint___

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

   Plaintiff(s)  _____

   Defendant(s)  _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3.   Docket or index number

   _____

4.   Name of Judge assigned to your case

   _____

5.   Approximate date of filing lawsuit

   _____

6.   Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition  _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   01-17-2022

Signature of Plaintiff

Printed Name of Plaintiff   Joseph Morond

Prison Identification #   919802498

Prison Address   Otay Mesa Detention Center P.O. Box 439049
San Diego                         CA          92143
              *City*                    *State*        *Zip Code*

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

              *City*                    *State*        *Zip Code*

Telephone Number

E-mail Address

Morena
,80298
3o Detention Center
439049
,0, CA 92143

**RECEIVED**

JAN 2 1 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY



FOREVER / USA   FOREVER / USA   FOREVER

United States District Cart
Southern District of California
Office of the Clerk
333 West Broadway, Suite 420
San Diego, CA 92101