# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Joseph Morand

**Plaintiff,**

**V.**

United States; Core Civic

**Defendant.**

Case No. _22-cv-00101-BTM-NLS_

**REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE**

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:     "Low-Numbered Case No.:     21-cv-01742-TWR-MSB

Title:     Morand v. United States et al

Nature of Case:     Prisoner Civil Rights

The above "low-numbered" case and the present case appear:

| | | |
|---|---|---|
| ☒ | (1) | to arise from the same or substantially identical transactions, happenings or events; or |
| ☒ | (2) | involve the same or substantially the same parties or property; or |
| ☐ | (3) | involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or |
| ☒ | (4) | call for determination of the same or substantially identical questions of law; or |
| ☐ | (5) | where a case is refiled within one year of having previously been terminated by the Court; or |
| ☒ | (6) | for other reasons would entail unnecessary duplication of labor if heard by different judges. |

**New Case #:     21-cv-1742-BTM-NLS**

This case was transferred pursuant to the Low-Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**John Morrill**, Clerk of Court,

Dated:     2/28/22

By:  s/ T. Hernandez

T. Hernandez, Deputy

## ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated:  02/28/2022

Todd W. Robinson
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Todd W. Robinson and Magistrate Judge Michael S. Berg for all further proceedings.

Dated:  02/28/2022

Barry Ted Moskowitz
United States District Judge